COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-150-CV
 

IN RE GERALD ANTHONY WRIGHT RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  This court does not have jurisdiction to issue a writ of mandamus against either of the respondents except to protect our own jurisdiction.  
See
 Tex. Gov’t Code Ann. § 22.221(b) (Vernon 2004); 
In re Dunn
, 120 S.W.3d 913, 913 (Tex. App.—Texarkana 2003, orig. proceeding); 
see also In re Stickhausen
, 994 S.W.2d 936, 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).  This court’s jurisdiction is not at issue in this case.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL:  GARDNER and MCCOY, JJ. 

DELIVERED:  May 20, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.